1

2                     UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

5     KEVIN D. LEWIS,                          Case No. 15-cv-01935-KAW  (PR)

              Plaintiff,
6

7          v.                                  ORDER OF TRANSFER

8     SACRAMENTO COUNTY DISTRICT
      ATTORNEY OFFICE, et al.,

9             Defendants.

10          Plaintiff  Kevin D. Lewis, a state prisoner incarcerated at the California State Prison in

11   Lancaster, California, has filed a civil rights action under 42 U.S.C. § 1983 asserting claims

12   against the Sacramento County District Attorney's office and its employees.

13          When jurisdiction is not founded solely on diversity, venue is proper in the district in

14   which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in

15   which a substantial part of the events or omissions giving rise to the claim occurred, or a

16   substantial part of property that is the subject of the action is situated, or (3) a judicial district in

17   which any defendant may be found, if there is no district in which the action may otherwise be

18   brought. *See* 28 U.S.C. § 1391(b).

19          The acts complained of in this complaint occurred in Sacramento and Defendants are

20   located in Sacramento, which is in the Eastern District of California.  Venue, therefore, properly

21   lies in the Eastern District of California, not in this one.  *See* 28 U.S.C. § 1391(b).

22          Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

23   TRANSFERRED to the United States District Court for the Eastern District of California.  The

24   Clerk of the Court shall terminate all motions and transfer the case forthwith.

25          IT IS SO ORDERED.

26   Dated: May 14, 2015

27                                             _____
                                               KANDIS A. WESTMORE
28                                             United States Magistrate Judge